■ MARC CRUDELE, Respondent, v. M. H. FISHMAN Co., Doing Business as MASONS, Appellant.—

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.

■ THEODORE DALTON JR., et al., Appellants, v. PETER TOMASELLO, Respondent.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

■ CHARLOTTE N. GREENWALD, Appellant, v. MORTIMER L. GREENWALD, Respondent.—

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.